[Civil No. 3120. Filed February 8, 1932.]

[7 Pac. (2d) 946.]

ABRAHAM ACKERMAN, Appellant, v. A. KAUF-
MAN and ANNIE KAUFMAN, His Wife, Ap-
pellees.

Mr. Abraham Ackerman, *in pro. per.*.

Mr. Milton M. Cohan and Messrs. Conner & Jones,
for Appellees.

PER CURIAM.—This case is in the same situation
as cause No. 3119, *Ackerman* v. *Southern Arizona
Bank & Trust Co., ante,* p. 484, 7 Pac. (2d) 944, and
must abide the decision therein.
It is so ordered.

[Civil No. 3121. Filed February 8, 1932.]

[7 Pac. (2d) 946.]

ABRAHAM ACKERMAN, Appellant, v. A. KAUF-
MAN, Appellee.

Mr. Abraham Ackerman, *in pro. per.*

Mr. Milton M. Cohan and Messrs. Conner & Jones,
for Appellee.

PER CURIAM.—This case is in the same situation as cause No. 3119, *Ackerman* v. *Southern Arizona Bank & Trust Co., ante,* p. 484, 7 Pac. (2d) 944, and must abide the decision therein.

It is so ordered.

[Civil No. 3105.   Filed February 16, 1932.]

[8 Pac. (2d) 249.]

SALT RIVER VALLEY WATER USERS' ASSOCIATION, a Corporation, Appellant, v. JAMES COMPTON, By and Through JAMES W. COMPTON, His Guardian Ad Litem, Appellee.

